FILED
November 14, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER ANTHONY ROBERTS,<br><br>    Defendant. | Case No. 2:24-mj-00140-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  XAVIER ANTHONY ROBERTS ,

Case No. 2:24-mj-00140-AC , Charge 18 USC § 2114, from custody for the following

reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

    X    Unsecured Appearance Bond $    10,500.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):   Defendants release is delayed until November 25, 2024 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 14, 2024, at 3:00 PM.

By: _____
Magistrate Judge Allison Claire